**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **MILEIDYS DIAZ MONTERO** | **CIVIL ACTION NO. 26-1657** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE EDWARDS** |
| **MELLISSA HARPER, ET AL.** | **MAG. JUDGE WHITEHURST** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Mileidys Diaz Montero's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 1st day of September, 2026.

Jerry Edwards, Jr.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE